An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD WARDELL BERRY,
                      Appellant,
              vs.
THE STATE OF NEVADA,
                      Respondent.

No. 69017

**FILED**

NOV 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a presentence order denying a motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of this appeal reveals a jurisdictional defect. An order denying a presentence motion to withdraw a guilty plea is not a final appealable order; the decision may be challenged on appeal from the judgment of conviction. NRS 177.015(3); NRS 177.045; *Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Jennifer P. Togliatti, District Judge
Clark County Public Defender
Edward Wardell Berry
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2